MARCELLO CONSTRUCTION COMPANY, Respondent, v. HAROLD ACKERT et al., Appellants. MARCELLO CONSTRUCTION COMPANY, Respondent, v. JOSEPH BRAVA et al., Appellants. MARCELLO CONSTRUCTION COMPANY, Respondent, v. GANDOLFO BATTAGLIA et al., Appellants. MARCELLO CONSTRUCTION COMPANY, Respondent, v. JOHN SCHIAFFINO et al., Appellants.— In actions to foreclose mechanics' liens on four houses, wherein the owners counterclaim on the ground of defective workmanship and delays, the order on appeal appoints a referee and directs him to hear the issues and report thereon to the County Court, Suffolk County. Appeal dismissed, without costs. The order is not appealable. (*Matter of Hipp,* 282 App. Div. 880; *Davidson* v. *Sterngass,* 279 App. Div. 875.) Nolan, P.J., Adel, Schmidt, Beldock and Murphy, JJ., concur.